U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED

APR 0 4 2023

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR0071 DPM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 1708 |
| | ) | Title 18, U.S.C. § 1704 |
| ALQUANTAVIOUS RAKEVUS STOKES | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about February 20, 2023, in the Eastern District of Arkansas, the defendant,

ALQUANTAVIOUS RAKEVUS STOKES,

unlawfully had in his possession, mail and mail matter, that had been stolen and taken from a

United States Postal Service collection box, that is, mail addressed to various individuals and

businesses, knowing that the mail had been stolen from a United States Postal Service collection

box.

All in violation of Title 18, United States Code, § 1708.

### COUNT 2

On or about February 20, 2023, in the Eastern District of Arkansas, the defendant,

ALQUANTAVIOUS RAKEVUS STOKES,

knowingly and unlawfully possessed a key to an authorized receptacle for the deposit and

delivery of mail matter, namely, a postal key, with the intent unlawfully and improperly to use

the mail key.

All in violation of Title 18, United States Code, § 1704.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)